JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PEREZ, | Case No. CV 11-9918-DMG (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| RICK HILL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

Dated: July 31, 2013

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1